## Commonwealth *v.* Rudisill, Appellant.

Argued March 8, 1971. *Gerald E. Ruth,* Public Defender, for appellant; *J. Patrick Clark,* Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.